Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

RECV'D 05 OCT 17 15:24 USDC-ORE    FILED 05 OCT 20 13:05 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LENELD E. BROWN,** | Civil No. 04-6361-HO |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| **JO ANNE B. BARNHART,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $5079.63 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of 20th ~~Sept.~~ Oct , 2005

_/s/ Michael R. Hogan_
U.S. District Judge

PRESENTED BY:

By: _/s/_
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER